# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
January 21, 2020

Lyle W. Cayce
Clerk

No. 19-60300
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOE FLYNN,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:14-CR-39-1

Before STEWART, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:[*]

Joe Flynn appeals the sentence imposed following the revocation of his supervised release. We must examine the basis of our jurisdiction, sua sponte, if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). During the pendency of this appeal, Flynn completed his revocation sentence and was released from custody. Because the district court did not impose an additional term of supervised release, there is no case or controversy for us to address.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-60300

*See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *cf. United States v. Lares-Meraz*, 452 F.3d 352, 355 (5th Cir. 2006).  Accordingly, Flynn's appeal is DISMISSED as moot.